Anthony J. Dain (Bar No. 98947)
E-mail: anthony.dain@procopio.com
Frederick K. Taylor (Bar No. 159838)
E-mail: fred.taylor@procopio.com
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorneys for Relator
ARDESHIR SEYED AKHAVAN

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

IN THE MATTER OF THE EXTRADITION OF

ARDESHIR SEYED AKHAVAN,

A Fugitive from the Government of the Federal Republic of Germany.

Case No. 2:26-cv-02080-AH-SK

**THIRD STIPULATION TO MODIFY CONDITIONS OF RELEASE ON BOND**

[For Proceedings before the Honorable Steve Kim]

Plaintiff, United States of America, by and through its counsel of record, the First Assistant United States Attorney and Assistant United States Attorney John J. Lulejian, and Relator ARDESHIR SEYED AKHAVAN, by and through his counsel of record, Anthony J. Dain, Esq., and Frederick K. Taylor, Esq., respectfully request this Court to modify the Conditions of Release on Bond, imposed in Document 20, on December 3, 2025, and first modified on February 18, 2026 in Document 26, and again modified on May 29, 2026 in Document 40, as follows:

1. Modify the Asset Transfer Restrictions to allow payment of attorney’s fees in this case and Germany’s case without notifying and obtaining permission from the Court from up to $1,200,000 to up to $2,000,000.

2. Relator AKHAVAN represents that the assets with which he is paying attorney's fees in this case and Germany's case, constitute "innocent property," as set forth in *Luis v. U.S.*, 578 U.S. 5 (2016).

IT IS SO STIPULATED.

DATED: October 30, 2026

s/ John J. Lulejian
JOHN J. LULEJIAN
Assistant United States Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: October 30, 2026

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: s/ Anthony J. Dain
ANTHONY J. DAIN
FREDERICK K. TAYLOR
Attorneys for Relator
ARDESHIR SEYED AKHAVAN

## SIGNATURE CERTIFICATION

I, Anthony J. Dain, am the filer of the foregoing THIRD STIPULATION TO MODIFY CONDITIONS OF RELEASE ON BOND, and hereby certify that, pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, the contents of this document are acceptable to all persons required to sign the document, and I have authorization to file this document with all "s/" electronic signatures appearing herein which are not my own.

By: s/ Anthony J. Dain
Anthony J. Dain