UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>ARDESHIR SEYED AKHAVAN,<br><br>A Fugitive from the Government of the Federal Republic of Germany. | Case No. 2:26-cv-02080-FLA-SK<br><br>**ORDER ON FOURTH STIPULATION TO MODIFY CONDITIONS OF RELEASE ON BOND** |

Having considered the parties' stipulation and for good cause showing, the Court ORDERS that the Conditions of Release on Bond imposed in Document 20, on December 3, 2025, and first modified on February 18, 2026 in Document 26, and modified on May 29, 2026 in Document 40, and again modified on November 3, 2026 in Document 51 as follows be further modified as follows:

1. Modify the Location Monitoring Restrictions from Home Detention to Curfew between 8:00 p.m. and 8:00 a.m.

IT IS SO ORDERED.

Dated: November 20, 2026

HONORABLE STEVE KIM
UNITED STATES MAGISTRATE JUDGE